```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/12/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ENERGY TRANSPORTATION GROUP, INC.,

        Plaintiff,

-against-

BOREALIS MARITIME LIMITED,

        Defendant.

21 Civ. 10969 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' letters dated April 5 and 11, 2022, concerning Defendant's request for a stay of discovery pending resolution of their anticipated motion to dismiss. ECF Nos. 19 and 20. The request is DENIED without prejudice to renewal once the motion is fully briefed.

    SO ORDERED.

Dated: April 12, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge