UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ENERGY TRANSPORTATION GROUP, INC.,

                Plaintiff,

-against-

BOREALIS MARITIME LIMITED,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  11/10/2022
```

21 Civ. 10969 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       The status conference scheduled for November 16, 2022, will be held telephonically. At the time of the conference, the parties are directed to dial (888) 398-2342 or (215) 861-0674, and enter access code 5598827.

       SO ORDERED.

Dated: November 10, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge