UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ENERGY TRANSPORTATION GROUP, INC.,

                   Plaintiff,

-against-

BOREALIS MARITIME LIMITED,

                   Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/18/2022
```

21 Civ. 10969 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court shall hold a case management conference in this matter on **May 16, 2023**, at **11:40 a.m.** The conference shall be held telephonically. At the time of the conference, the parties are directed to dial (888) 398-2342 or (215) 861-0674, and enter the access code 5598827.

    SO ORDERED.

Dated: November 18, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge