**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
ENERGY TRANSPORTATION GROUP, INC.,

                Plaintiff,                           **ORDER**

          -against-                         **21-cv-10969 (AT) (JW)**

BOREALIS MARITIME LIMITED,

                Defendant.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      On June 6, 2023, the Court granted the Parties' respective requests to file a motion for protective order and a motion to compel. Dkt. No. 59. Plaintiff's counsel wrote to ask the Court to clarify the order. Dkt. No. 60. From the Court's perspective, the order is clear. The motion for a protective order is due by June 20, 2023, the response or cross-motion to compel is due by July 5, 2023, and any further reply from Defendant Borealis Maritime Limited is due by July 12, 2023. See Dkt. No. 59. Plaintiff's letter to the Court suggests that the motion to compel could be considered the principal motion and the motion for protective order could be considered the cross motion. Dkt. No. 60. To the extent Plaintiff wishes to have the same opportunity for a further response, Plaintiff may submit a sur-reply by July 19, 2023. Since the motion for protective order and cross-motion to compel involve the same subject matter, the Court does not believe that two separate briefings are warranted.

SO ORDERED.

DATED:    New York, New York
          June 7, 2023

                                            _____
                                            JENNIFER E. WILLIS
                                            United States Magistrate Judge