UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ENERGY TRANSPORTATION GROUP, INC.,

       Plaintiff,      **ORDER**

   -against-        **21-cv-10969 (AT) (JW)**

BOREALIS MARITIME LIMITED,

       Defendant.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

   This Court previously granted a request from Defendant to file a redacted copy of the transcript of proceedings for a conference held on August 17, 2023. See Dkt. No. 99. Defendant's proposed redactions were approved by the Court and the transcript should be filed with the redactions at Dkt. No. 102.

   SO ORDERED.

DATED: New York, New York
     August 28, 2023

               *[signature: Jennifer E. Willis]*
               JENNIFER E. WILLIS
               United States Magistrate Judge