UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ENERGY TRANSPORTATION GROUP, INC.,

                            Plaintiff,                  **ORDER**

                -against-                        **21-cv-10969 (AT) (JW)**

BOREALIS MARITIME LIMITED,

                           Defendant.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

A conference in this matter is scheduled for **November 15, 2023 at 11:00am** in Courtroom 228, United States Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

DATED:    New York, New York
              October 19, 2023

_____
JENNIFER E. WILLIS
United States Magistrate Judge