**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
ENERGY TRANSPORTATION GROUP, INC.,

                            Plaintiff,                                **ORDER**

               -against-                         **21-cv-10969 (AT) (JW)**

BOREALIS MARITIME LIMITED,

                            Defendant.
-------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The conference previously scheduled for November 15, 2023 at 11:00am, Dkt.

No. 131, is ADJOURNED to **November 30, 2023 at 12:00pm** in Courtroom 228,

United States Courthouse, 40 Foley Square, New York, New York.

       SO ORDERED.

DATED:     New York, New York
              November 9, 2023

                                     *Jennifer E. Willis*
                                      JENNIFER E. WILLIS
                                      United States Magistrate Judge