

November 22, 2023

**BY ECF AND EMAIL**

Hon. Jennifer E. Willis
United States District Court
 for the Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    <u>Energy Transp. Grp., Inc. v. Borealis Mar. Ltd.</u>, No. 21-cv-10969-AT-JW (S.D.N.Y.)

Dear Judge Willis,

    We write on behalf of Defendant Borealis Maritime Limited ("Borealis") to respectfully request a brief adjournment of the conference presently scheduled for November 30, 2023, at 12:00 PM ET.  This is Borealis's first request to reschedule this conference.  Plaintiff Energy Transportation Group, Inc. does not object, so long as the parties are able to be heard before the end of this calendar year.

    With apologies to the Court, yesterday, I realized I failed to properly consult my calendar, and the new, November 30, 2023, conference date falls on the same day I am scheduled to appear in another matter, *Aventura Technologies, Inc. vs. Trimble, Inc.* (610948/2021), which would be difficult to reschedule.  Both parties are available on the following dates: Monday, December 4; Thursday, December 14 after 12:00 PM; Friday, December 15; Tuesday, December 19; and Wednesday, December 20.

Respectfully submitted,

BOIES SCHILLER FLEXNER LLP

By: /s/  Lindsey Ruff
    Jenny H. Kim (jkim@bsfllp.com)
    Lindsey Ruff (lruff@bsfllp.com)
    55 Hudson Yards
    New York, New York 10001
    Tel: (212) 446-2354
    Fax: (212) 446-2350

*Attorneys for Defendant*

---

This request is GRANTED.  The conference is adjourned to December 20, 2023 at 12:00pm.  The conference will take place in Courtroom 228.  SO ORDERED.

*/s/ Jennifer E. Willis*
Jennifer E. Willis
United States Magistrate Judge

November 27, 2023