USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/6/2023_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ENERGY TRANSPORTATION GROUP, INC.,

           Plaintiff,

-against-

BOREALIS MARITIME LIMITED,

           Defendant.

21 Civ. 10969 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The case management conference scheduled for December 12, 2023, is ADJOURNED to **April 2, 2024**, at **10:20 a.m.**

    SO ORDERED.

Dated: December 6, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge