

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/27/2024_

March 26, 2024

**BY ECF AND EMAIL**

Hon. Analisa Torres
United States District Court
 for the Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Energy Transp. Grp., Inc. v. Borealis Mar. Ltd.*, No. 21-cv-10969-AT-JW (S.D.N.Y.)

Dear Judge Torres,

    We write on behalf of Defendant Borealis Maritime Limited ("Borealis") to respectfully request a brief adjournment of the conference presently scheduled for April 2, 2024, at 10:20 AM ET. (Dkt. 136) This conference was originally scheduled for December 12, 2023. (*Id.*) This is Borealis' first request to reschedule this conference. The requested adjournment will not affect any other scheduled dates. Plaintiff Energy Transportation Group, Inc. does not object to this request for an adjournment.

    Borealis respectfully requests that the conference be rescheduled because I will be traveling out of state on April 2, 2024, for the Easter holiday. Both parties are generally available on April 22 and 24, and on April 23 after 1:30pm.

GRANTED. The case management conference scheduled for April 2, 2024, is ADJOURNED to **June 4, 2024**, at **10:40 a.m.**

SO ORDERED.

Dated: March 27, 2024
       New York, New York

                                        **ANALISA TORRES**
                                        United States District Judge