**LLOYD S. CLAREMAN**
A PROFESSIONAL CORPORATION
ATTORNEY AT LAW
121 EAST 61ST STREET
NEW YORK, NEW YORK 10065

E-MAIL ADDRESS:                                                    TELEPHONE (212) 751-1585
LLOYD.CLAREMAN@CLAREMAN.COM                                        TELECOPIER (212) 838-0814

April 12, 2024

**Via ECF and Email**
The Honorable Jennifer E. Willis
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Energy Transportation Group, Inc. v. Borealis Maritime Limited,*
      *Case No. 1:21-cv-10969-AT-JW*
      *Request to Unseal ECF Nos. 155 and 157*

Dear Judge Willis:

I am counsel for Plaintiff Energy Transportation Group, Inc. ("ETG"). Counsel for Defendant Borealis Maritime Limited ("Borealis") and I previously wrote to the Court, on April 5, 2024 (ECF No. 153), to request that the Court permit the provisional sealing of (1) ETG's motion papers seeking reconsideration of the Court's decision denying ETG's motion for reconsideration (ECF No. 155); as well as its Rule 72(a) Objection thereto. (ECF No. 157.) The reason for that request was that both Borealis and non-party Kohlberg Kravis Roberts & Co. L.P. ("KKR") wanted to have adequate time to review those filings to determine whether they contained commercially sensitive information warranting continued sealing. We advised the Court that Borealis and/or KKR would file a further motion to seal by today, if either of them deemed ongoing sealing appropriate.

I have been informed by counsel for Borealis, and counsel for KKR, that having had an opportunity to review the subject filings, neither Borealis nor KKR requests confidential treatment for the contents of these two documents (ECF Nos. 155 and 157.)

I was informed by the Clerk's office that since these documents are currently under seal, the preferred procedure is for the Court to issue an Order unsealing the documents in question. Accordingly, with the consent of counsel for Borealis, I request that the Court dispose of the pending motion to seal (ECF No. 153) by issuing an Order unsealing the two documents to which that Motion to Seal relates, *i.e.*, ECF Nos. 155 and 157.

The Honorable Jennifer E. Willis
April 12, 2024
Page 2

Respectfully yours,

/s/Lloyd S. Clareman
Attorney for Plaintiff ETG

The motion to seal at Dkt. No. 153 is DENIED as moot. The Clerk of the
Court is respectfully directed to close the motion, and lift the seal on Dkt.
Nos. 155 and 157 so that the documents are accessible to the public.  SO
ORDERED.

*Jennifer E. Willis*

Jennifer E. Willis
United States Magistrate Judge

April 15, 2024