```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/3/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---
ENERGY TRANSPORTATION GROUP, INC.,

                Plaintiff,

-against-

BOREALIS MARITIME LIMITED,

                Defendant.

21 Civ. 10969 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On March 27, 2024, the Court scheduled a case management conference for June 4, 2024. ECF No. 152. The parties were required to file a joint status letter not later than one week in advance of the conference. ECF No. 15 ¶ 16. That submission is now overdue.

    Accordingly, the case management conference scheduled for June 4, 2024, is ADJOURNED *sine die*. By **June 17, 2024**, the parties shall file a joint status update with respect to discovery, motion practice, and settlement discussions.

    SO ORDERED.

Dated: June 3, 2024
       New York, New York

                                                ANALISA TORRES
                                          United States District Judge