

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/2024
```

June 1

**BY ECF**

The Honorable Analisa Torres
United States District Court
 for the Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>Energy Transp. Grp., Inc. v. Borealis Mar. Ltd.</u>, No. 21-cv-10969-AT-JW (S.D.N.Y.)

Dear Judge Torres,

We write on behalf of defendant Borealis Maritime Limited ("Borealis") in the above-captioned matter to respectfully request an extension from June 17, 2024 to June 24, 2024 to file letters for summary judgment and Rule 56.1 statements. Counsel for Borealis has spoken to counsel for Energy Transportation Group, Inc. ("ETG"), and ETG consents to this request.

Borealis' principal counsel, Jenny Kim, is scheduled for a C-section on Sunday, June 16, and will be unavailable on the June 17 filing deadline. Michael Fay, the other partner on the case, is Ms. Kim's husband and will similarly be unavailable during the birth of their child. All associates on this matter are currently in trial or traveling. Accordingly, Borealis respectfully requests a one week extension to file summary judgment letters and Rule 56.1 statements to a new deadline of June 24, 2024.

Respectfully submitted,

BOIES SCHILLER FLEXNER LLP

By: /s/ <u>Jenny H. Kim</u>
    Jenny H. Kim (jkim@bsfllp.com)
    Lindsey Ruff (lruff@bsfllp.com)
    55 Hudson Yards
    New York, New York 10001
    Tel: (212) 446-2354
    Fax: (212) 446-2350
    jkim@bsfllp.com
    lruff@bsfllp.com

*Attorneys for Borealis*

GRANTED.

SO ORDERED.

Dated: June 13, 2024
      New York, New York

_____
ANALISA TORRES
United States District Judge