```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/2/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ENERGY TRANSPORTATION GROUP, INC.,

          Plaintiff,

-against-

BOREALIS MARITIME LIMITED,

          Defendant.

21 Civ. 10969 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' letters dated June 24 and July 1, 2024. *See* ECF Nos. 201–03, 205–08. Accordingly:

1. Plaintiff's request to file a motion for partial summary judgment is GRANTED;
2. Defendant's request to file a motion for summary judgment is GRANTED;
3. By **August 5, 2024**, Plaintiff shall file its motion for partial summary judgment and any supporting papers;
4. By **September 5, 2024**, Defendant shall file its motion for summary judgment, opposition to Plaintiff's motion, and any supporting papers;
5. By **September 26, 2024**, Plaintiff shall file its opposition to Defendant's motion and its reply, if any; and
6. By **October 10, 2024**, Defendant shall file its reply, if any.

Defendant also requests to seal certain language in Plaintiff's response to its 56.1 Statement pertaining to settlement discussions between the parties. ECF No. 206. "[T]he presumption of access to settlement negotiations, draft agreements, and conference statements is negligible to nonexistent." *United States v. Glens Falls Newspapers, Inc.*, 160 F.3d 853, 858 (2d Cir. 1998). The Court has reviewed Defendant's proposed redactions and finds that they narrowly pertain to settlement discussions. The Court concludes, therefore, that Defendant has met its burden to demonstrate that the interests in filing the relevant language under seal outweigh the presumption of public access under *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006). Accordingly, the motion is GRANTED.

The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 201, 202, 203, 206, and 207.

SO ORDERED.

Dated: July 2, 2024
      New York, New York

                                                ANALISA TORRES
                                        United States District Judge