UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

| | | |
|---|---|---|
| ENERGY TRANSPORTATION GROUP, INC. | : | |
| Plaintiff, | : | |
| -against- | : | Case No. 1:21-cv-10969-AT-JW |
| BOREALIS MARITIME LIMITED, | : | **Oral Argument Is Requested** |
| Defendant. | : | |

----------------------------------------------------------------x

**PLAINTIFF'S NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 56, Local Rule 56.1 of the Local Rules of the Southern and Eastern Districts of New York, and the Individual Practice Rules in Civil Cases of the Honorable Analisa Torres, United States District Judge; and upon the accompanying Memorandum of Law, the Declaration of Lloyd S. Clareman dated August 5, 2024 and exhibits thereto, the Declaration of Alexander Evans dated June 10, 2024, Plaintiff's Local Rule 56.1 Statement, and the prior pleadings and proceedings herein, Plaintiff Energy Transportation Group, Inc. moves this Court, before the Honorable Analisa Torres, United States District Judge, for an Order (a) finding Defendant liable for breach of contract for its failure to pay Plaintiff its contractual share of carried interest in respect of Embarcadero Maritime Fund 1, and granting partial summary judgment to Plaintiff as to liability; (b) striking Defendant's affirmative defense based upon the statute of limitations; and (c) for such other and further relief, as specified in Fed. R. Civ. P. 56(f-g) or otherwise, as the Court may deem just and proper.

Dated: New York, New York
August 5, 2024

LLOYD S. CLAREMAN

By: /s/ Lloyd S. Clareman
121 East 61st Street, 2nd Floor
New York, NY 10065
Tel. No. (212) 751-1585
lloyd.clareman@clareman.com

Attorney for Plaintiff
Energy Transportation Group, Inc.