UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENERGY TRANSPORTATION GROUP, INC.<br><br>                                    Plaintiff,<br><br>-against-<br><br>BOREALIS MARITIME LIMITED,<br><br>                                    Defendant. | Case No: 1:21-cv-10969-AT |

**<u>NOTICE OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT</u>**

PLEASE TAKE NOTICE that upon Defendant's Local Rule 56.1 Statement of Undisputed Material Facts, the Memorandum of Law in Support of Defendant's Motion for Summary Judgment, the Declaration of Lindsey Ruff and the exhibits thereto, and all the pleadings and proceedings heretofore had herein, Defendant Borealis Maritime Limited, by and through its attorneys, hereby moves this Court, before the Honorable Analisa Torres, for an Order pursuant to Fed. R. Civ. P. 56 granting summary judgment in favor of Defendant Borealis Maritime Limited on Plaintiff Energy Transportation Group, Inc.'s complaint, dismissing Plaintiff's complaint, and granting such other and further relief as the Court deems just and proper.

Case 1:21-cv-10969-AT-JW   Document 224   Filed 09/05/24   Page 2 of 2

Dated: New York, New York
September 5, 2024

                        Respectfully Submitted,

                        BOIES SCHILLER FLEXNER LLP

                        /s/  *Jenny H. Kim*
                        Jenny H. Kim
                        Lindsey Ruff
                        55 Hudson Yards
                        New York, New York 10001
                        Telephone: (212) 446-2354
                        E-mail: jkim@bsfllp.com

                        *Counsel for Defendant Borealis Maritime Limited*

2