**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ENERGY TRANSPORTATION
GROUP, INC.,

                           Plaintiff,                          **ORDER**

                    -against-                               **21-cv-10969 (AT) (JW)**

BOREALIS MARITIME LIMITED,

                          Defendant.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      Several motions to seal addressed to this Court remain outstanding. See Dkt. Nos. 164, 171, 188. In light of Judge Torres' recent decisions on other sealing requests in this matter, the Parties are to file a joint letter informing the Court of the following: (1) is any of the information referenced in Dkt. Nos. 164, 171, 188 covered by Judge Torres' recent decisions, and if so, what information; (2) are the Parties still seeking to seal information referenced in Dkt. Nos. 164, 171, 188; (3) if the Parties still seek to seal any non-overlapping information, on what grounds are they seeking sealing. The joint letter is due **August 18, 2025**.

      The August 18th letter shall also inform the Court of whether the Parties' issue regarding damages interrogatories, last mentioned in their June 28, 2024 joint letter, has been resolved. See Dkt No. 204.

      **The Clerk of Court is respectfully request to close Dkt. Nos. 165, 167, 186.**

SO ORDERED.

DATED:   New York, New York
         August 11, 2025

_____
JENNIFER E. WILLIS
United States Magistrate Judge