> The Court **GRANTS** Defendant Borealis Maritime Limited's motions to seal at Dkt. Nos. 164 and 171. The Court **DENIES** Plaintiff Energy Transportation Group, Inc.'s provisional motion to seal at Dkt. No. 188 since it is now moot.
>
> **The Clerk of Court is respectfully requested to close Dkt. Nos. 164, 171, and 188.**
>
> SO ORDERED.
>
> *[signature: Jennifer E. Willis]*
> JENNIFER E. WILLIS
> UNITED STATES MAGISTRATE JUDGE
> August 21, 2025

**BY ECF AND EMAIL**

The Honorable Jennifer E. Willis
United States District Court
Southern District of New York
40 Foley Square, Room 228
New York, NY 10007

   Re:   *Energy Transp. Grp., Inc. v. Borealis Maritime Ltd.*, No. 21-cv-10969 (AT) (JW)

Dear Judge Willis:

   Pursuant to the Court's August 11, 2025 order (ECF No. 271), Defendant Borealis Maritime Limited ("Borealis") and Plaintiff Energy Transportation Group, Inc. ("ETG") jointly submit this letter to advise the Court that, with respect to the pending issues:

   (1) Borealis' motions to seal at ECF Nos. 164 and 171 are hereby revised to reflect narrowly-tailored redactions that are consistent with, and substantially the same as, the information that was redacted and then sealed by Judge Torres' August 7, 2025 order, granting Borealis' renewed motion to seal (ECF No. 268, "Sealing Order"). These redactions are reflected in Exhibits A through C to this joint letter. The parties agree that the Court should seal the redacted information in accordance with Judge Torres' Sealing Order.

   (2) ETG's provisional motion to seal at ECF No. 188, the motion is moot since no redactions were requested by any interested party.

   (3) The damages interrogatories issue highlighted in the parties' June 28, 2024 joint letter to the Court, the parties agree that there is no dispute for the Court to resolve at this time.

Respectfully submitted,

| LLOYD S. CLAREMAN | BOIES SCHILLER FLEXNER LLP |
|---|---|
| By: /s/ *Lloyd S. Clareman* | By: /s/ *Jenny H. Kim* |
| Lloyd S. Clareman | Jenny H. Kim (jkim@bsfllp.com) |
| 121 East 61st Street, 2nd Floor | Lindsey Ruff (lruff@bsfllp.com) |
| New York, NY 10065 | 55 Hudson Yards |
| Tel. No. (212) 751-1585 | New York, New York 10001 |
| lloyd.clareman@clareman.com | Tel: (212) 446-2354 |
| | Fax: (212) 446-2350 |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |