UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ENERGY TRANSPORTATION GROUP, INC.,

                Plaintiff,　　　　　　　　**ORDER**

      -against-　　　　　　　　　　**21-CV-10969 (AT) (JW)**

BOREALIS MARITIME LIMITED,

                Defendant.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      In light of Judge Torres' partial summary judgment order at Dkt. No. 250, discovery is reopened for the limited purpose of discovery into the SM I and SM II funds. See Dkt. No. 250 at 23–24. The Court therefore directs the parties to submit joint proposed deadlines regarding this limited discovery by **5:00 PM on October 28, 2025**.

      SO ORDERED.

DATED:　New York, New York
　　　　　October 16, 2025

                                                JENNIFER E. WILLIS
                                                United States Magistrate Judge