BOIES SCHILLER FLEXNER

September 23, 2026

**BY MAIL**

Hon. Colleen McMahon
United States District Court Southern District of New York
500 Pearl Street, Room 24A
New York, New York 10007

Re: *Energy Transp. Grp., Inc. v. Borealis Mar. Ltd.*,
No. 21-cv-10969-CM-JW (S.D.N.Y.)

Dear Judge McMahon,

We write on behalf of Defendant Borealis Maritime Limited pursuant to Your Honor's Individual Rule VII(J). We respectfully request that the Court sign the attached proposed technology order permitting Defendant's attorney and paralegal team to bring certain electronic devices into the courthouse.

Defendant also respectfully requests the opportunity to conduct a technology run-through in advance of trial at a date and time that is convenient for the Court.

Defendant additionally writes to notify the Court that it has delivered two sets of Borealis' exhibits in advance of the October 1, 2026, pretrial conference. The exhibits are pre-marked DX-1 through DX-352 and are individually tabbed in binders.

Defendant's binders do not include DX-231, DX-254, DX-296, DX-315, or DX-346, each of which is over 1,000 pages. These exhibits have been transmitted to the Court electronically via flash drive in lieu of hard-copy submission. The flash drives are password-protected and encrypted. Please use the following password to access their contents: **bsfnyc2026!**

Defendant has also delivered two complete sets of the deposition transcripts referenced in the parties' Joint Pretrial Order. Plaintiff's deposition designations are highlighted in blue, while Defendant's deposition designations are highlighted in yellow.

We are happy to provide any additional information or materials that would be helpful to the Court.

BSF

Respectfully submitted,

BOIES SCHILLER FLEXNER LLP

By: /s/ Jenny H. Kim
Jenny H. Kim (jkim@bsfllp.com)
John T. Zach (jzach@bsfllp.com)
Lindsey Ruff (lruff@bsfllp.com)
Eric Yang (eyang@bsfllp.com)
55 Hudson Yards
New York, New York 10001
Tel: (212) 446-2354

*Attorneys for Defendant*