USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/16/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

x

ENERGY TRANSPORTATION GROUP. INC.,

Plaintiff,

-against-

21 civ. 10969 (CM)(JW)

BOREALIS MARITIME LIMITED,

Defendant.

x

FINAL JUDGMENT AFTER TRIAL

McMahon, J.:

WHEREAS, this case was tried to a jury beginning November 2, 2026 and concluding November 9, 2026; and

WHEREAS, prior to the empanelment of the jury the parties stipulated that the Plaintiff was entitled to judgment in its favor on its claim of breach of contract (First Cause of Action) in relation to the fund known as Embarcadero Maritime I (EM I), in the amount of $344,409.00, and the jury was instructed to return a verdict accordingly; and

WHEREAS, the jury returned a verdict in favor of Defendant in respect of all other claims in suit; and

WHEREAS, the parties agree on the amount of interest that is due and owing on the stipulated amount that is due to Plaintiff;

IT IS HEREBY ADJUDGED AND DECREED AS FOLLOWS:

1. Plaintiff shall have judgment on the First Cause of Action in the Complaint in the amount of $344,409.00, plus prejudgment interest through today's date in the amount of $99,719, for a total judgment amount of $444,128, with post judgment interest to accrue commencing on November 16, 2026 at the statutory rate; and

2. Defendant shall have judgment dismissing the First Cause of Action insofar as it pleaded claims for breach of contract relating to any other funds – including without limitation EM II, EM III and SM I – as well as dismissing the Second Cause of Action pleaded in the Complaint; and

3. Both parties having prevailed in part after trial – Plaintiff by stipulation and direction of the Court, Defendant by the verdict of the jury – it is the order of the Court that the parties shall bear their own costs.

This is the final judgment after trial. It does not include any amounts in respect of sanctions awarded to any party by the Magistrate Judge earlier in this case; Judge Willis will take care of enforcing her own order.

The Clerk of Court is directed to enter this judgment immediately.

Dated: November 16, 2026

U.S.D.J.